IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                     Plaintiff, ) | |
| vs. ) | Case No. 10-40117-01-RDR |
| SAMUEL P. DOYLE, ) | |
|                     Defendant. ) | |

## O R D E R

**NOW** on this 13th day of December, 2010, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of thirty (30) days to file motions herein.

The Court finds that defense counsel recently received additional discovery in this matter and needs additional time for filing motions since she is scheduled to be out of the office from December 20, 2010 until January 3, 2011. Failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including January 14, 2011 to file motions in the above-entitled action, and the government shall have until January 24, 2011 to file responses. The motions hearing is rescheduled to February 3, 2011 at 9:30 a.m. The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C. § 3161(h)(1)(7) .

                                                s/Richard D. Rogers
                                                United States District Judge